# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **THAD GILBERT COOPER,**<br>　　**Plaintiff,** | Civil Action No. 7:23-cv-00520 |
| | **<u>MEMORANDUM OPINION</u>** |
| v. | |
| | By:  Thomas T. Cullen |
| **SARGENT LOUIS,**<br>　　**Defendant(s).** | United States District Judge |

　　Plaintiff Thad Gilbert Cooper, proceeding <u>pro se</u>, filed a civil rights complaint under 42 U.S.C. §1983.  By orders entered August 15, 2023 (ECF No. 5) (and again on September 19, 2023 (ECF No. 8)), the court directed plaintiff to submit a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　Plaintiff has failed to comply with the described conditions in the time allotted to comply.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

　　The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

　　**ENTERED** this 19th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ H. Cullen
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge